1  Joel R. Bryant, Esq. (State Bar No. 149370)
   jbryant@gbflawyers.com
2  GREEN BRYANT & FRENCH LLP
   1230 Columbia Street, Suite 1120
3  San Diego, California 92101
   Tel:  (619) 239-7900
4  Fax: (619) 239-7800
5  Attorneys for Plaintiff, Carmen Cruz
6
7
8              UNITED STATES DISTRICT COURT
9            NORTHERN  DISTRICT OF CALIFORNIA
10  CARMEN CRUZ, an individual,          )   CASE NO:  CV11-04508-TEH
                                         )
11          PLAINTIFF,                   )   STIPULATION  AND  [PROPOSED]
                                         )   ORDER  TO  CONTINUE  CASE
12  v.                                   )   MANAGEMENT CONFERENCE
                                         )
13  AT&T MOBILITY SERVICES LLC, a        )   Date: January 9, 2012
    Delaware Limited Liability Company; and )   Time: 1:30 p.m.
14  DOES 1-100, jointly and severally,   )   Dept.: Courtroom 12
                                         )   Judge: Honorable Thelton E. Henderson
15          DEFENDANTS.                  )
                                         )
16  _____    )
17         Pursuant to the Court's November 10, 2011 Order, a Case Management Conference in the
18  above referenced matter was scheduled for January 9, 2012.  The Order further required the parties
19  to file a Joint Case Management Conference Statement no later than seven (7) days prior to the Case
20  Management Conference.  For the reasons set forth below, Plaintiff respectfully requests that the
21  Court continue the Case Management Conference scheduled for January 9, 2012 to March 16, 2012,
22  at 1:30 p.m.
23         On October 6, 2011, counsel for AT&T Mobility Services LLC ("AT&T Mobility") advised
24  Plaintiff's counsel that none of the four Defendants named in the Complaint were proper parties to
25  this case, and further advised that, based on the allegations of the Complaint, the only entity which
26  should have been named as a Defendant was his client, AT&T Mobility.  In reliance on those
27  representations, Plaintiff filed a First Amended Complaint on October 24, 2011, which removed
28  all prior Defendants, and named the new, current, Defendant AT&T Mobility.  Said Defendant was

subsequently served on November 4, 2011 via Waiver of Service of Summons. On November 15, 2011 Plaintiff received the signed Waiver of Service from Defendant and filed the Proof of Service with the Court. Defendant's answer to the complaint is due on January 3, 2012, and Plaintiff does not anticipate the Defendant will appear until that date.

Given that the new Defendant has not yet appeared, is not obligated to appear, and will not appear prior to January 3, 2012, Plaintiff does not believe there to be sufficient time to Meet and Confer, and prepare and submit the Joint Case Management Conference Statement to the Court prior to the date of the conference. Accordingly, Plaintiff believes that continuing the Case Management Conference until March 16, 2012, would provide both parties ample and reasonable time to Meet and Confer and prepare the Joint Case Management Conference Statement.

NOW, THEREFORE, subject to the Court's approval, Plaintiff, by and through her counsel of record, respectfully asks the following:

1. That the Case Management Conference be continued from January 9, 2012, at 1:30 p.m., to March 16, 2012, at 1:30 p.m.; and

2. That the corresponding deadline to file the Joint Case Management Conference Statement be continued to March 9, 2012.

**GREEN BRYANT & FRENCH, LLP**

Dated: December 2, 2011         /s/   Joel R. Bryant
                                Joel R. Bryant, Esq.
                                Jbryant@gbflawyers.com
                                Attorney for Plaintiff
                                CARMEN CRUZ

**ORDER**

**IT IS ORDERED THAT:**

1. The Case Management Conference is continued from January 9, 2012, at 1:30 p.m., to <u>March 19, 2012, at 1:30 p.m.</u>; and

2. The deadline to file the Joint Case Management Conference Statement is continued from January 2, 2012, to <u>March 12, 2012</u>.

Dated: <u>12/02/2011</u>



Judge Thelton E. Henderson

- 3 -                                         Case No: CV11-04508-TEH
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE