IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARMEN CRUZ,

    Plaintiff,

v.

AT&T MOBILITY SERVICES LLC, et al.,

    Defendants.

NO. C11-4508 TEH

<u>ORDER DENYING STIPULATION TO COORDINATE CASES FOR PRETRIAL PURPOSES</u>

On January 3, 2012, the parties filed a stipulation stating that "this case is one of approximately 93 pending cases which Plaintiff's counsel has filed throughout the United States District Courts in California against Defendant AT&T Mobility Services LLC on behalf of current or former employees based on allegations of unpaid overtime compensation and violations of the Fair Labor Standards Act." Jan. 3, 2012 Stip. at 1. They ask that this Court coordinate for pretrial purposes the eleven cases pending in this district, as well as all "additional related actions [that] may be transferred to, removed to, or filed" here. *Id.* at 2. However, the other ten cases currently pending in this district are assigned to other judges, and the parties have cited no authority by which this Court can coordinate actions that are before other judges. Nor, in any case, have the parties made any showing to support their conclusory assertions that pretrial coordination of these cases is warranted. Accordingly, the request is DENIED.

Moreover, because over 80 cases are pending in other district courts, coordination of all cases in this district would still leave the vast majority of cases proceeding on separate tracks. It appears that the only mechanism by which the parties can achieve the efficiency

and consistency they seek is to move for transfer by the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. § 1407.

**IT IS SO ORDERED.**

Dated: 01/05/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT