Wendy Sugg (State Bar No. 223335)
wsugg@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Defendant AT&T Mobility Services, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CARMEN CRUZ et al., <br><br> Plaintiffs, <br><br> v. <br><br> AT&T MOBILITY SERVICES LLC, a Delaware Limited Liability Company; and DOES 1-100, jointly and severally, <br><br> Defendants. | Case No. CV11-04508-TEH <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date: March 19, 2012 <br> Time: 1:30 p.m. <br> Dept.: Courtroom 12 <br> Judge: Hon. Thelton E. Henderson |

Pursuant to the Court's December 2, 2012 Order, a Case Management Conference in the above referenced matter was scheduled for March 19, 2012. The Order further required the parties to file a Joint Case Management Conference Statement no later than seven (7) days prior to the Case Management Conference. For the reasons set forth below, Defendant respectfully requests that the Court continue the Case Management Conference scheduled for March 19, 2012 to April 9, 2012, at 1:30 p.m. The parties stipulate to this continuance.

Defense counsel has a conflict with the March 19, 2012 date due to the rescheduling of a hearing in the Central District of California to March 19, 2012 at

1  11:00 a.m. Due to scheduling conflicts with the parties in that action, rescheduling
2  that hearing is not possible at this time. The parties to this action (as well as the
3  related actions coordinated for pre-trial proceedings before this Court) are available
4  on April 9, 2012.

5      NOW, THEREFORE, subject to the Court's approval, the parties, through
6  their counsel of record, stipulate and agree to the following:

7      1. That the Case Management Conference be continued from March 19,
8  2012, at 1:30 p.m., to April 9, 2012, at 1:30 p.m.; and

9      2. That the corresponding deadline to file the Joint Case Management
10 Conference Statement be continued to April 2, 2012.

11 Dated:     March 1, 2012        CROWELL & MORING LLP

13                                 By:  /s/   Wendy A. Sugg_____
14                                 Wendy A. Sugg
                                   Wsugg@crowell.com
15                                 Attorney for Defendant

16 Dated:     March 1, 2012        GREEN BRYANT & FRENCH, LLP

18                                 By:  /s/   Joel R. Bryant_____
                                   Joel R. Bryant, Esq.
19                                 Jbryant@gbflawyers.com
                                   Attorney for Plaintiffs

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-    STIPULATION AND [PROPOSED] ORDER TO
       CONTINUE CASE MANAGEMENT CONFERENCE;
       CASE NO. CV11-04508-TEH

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1. The Case Management Conference is continued from March 19, 2012, at 1:30 p.m., to __April 9, 2012__; and

2. The deadline to file the Joint Case Management Conference Statement is continued from March 12, 2012, to __April 2, 2012__.

Dated: __03/05/2012__

_____
Honorable Thelton E. Henderson