Joel R. Bryant (State Bar No. 149370)
jbryant@gbflawyers.com
GREEN BRYANT & FRENCH LLP
1230 Columbia Street, Suite 1120
San Diego, California 92101
Tel: (619) 239-7900
Fax: (619) 239-7800

Attorneys for Plaintiffs Carmen Cruz,
Mahsa Afsharpour, Colby Diez, James Gubatan,
Christine Guttierrez, Alesia Ibe, Jermaine McClain,
Richard Ng, Tuan Nguyen, Natasha Piper,
and Amy Le Tong

Wendy Sugg (State Bar No. 223335)
wsugg@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Defendant AT&T Mobility Services, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN CRUZ et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AT&T MOBILITY SERVICES LLC, a Delaware Limited Liability Company; and DOES 1-100, jointly and severally,<br><br>　　　　　Defendants. | Case No. CV11-04508-TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF PARTIES TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>Date:　　July 16, 2012<br>Time:　　1:30 p.m.<br>Dept.:　　Courtroom 12<br>Judge:　　Hon. Thelton E. Henderson |

　　　　Pursuant to the Court's April 9, 2012 Order, a Case Management Conference is scheduled for July 16, 2012 at 1:30 p.m. in the above referenced matter. Parties in the matter respectfully request to be allowed to appear by telephone at the Case Management Conference.

Since the prior Case Management Conference on April 9, 2012, parties have commenced formal discovery. On May 7, 2012, parties exchanged Initial Disclosures. Parties are currently in the process of scheduling the depositions of Plaintiffs. Further, parties agree to complete private mediation prior to the Joint Case Management Conference Statement due date of July 9, 2012.

This case is one of approximately 135 related cases throughout the four California District Courts. The prospect of settling these eleven cases at this time is remote at this preliminary stage of the proceedings. Counsel for parties are in constant communication, actively participating in discovery, and working jointly toward the development and progression of the cases. For the reasons set forth above, and because these cases are not yet at a stage where settlement is anticipated, parties believe that their appearance by telephone would be more cost and time efficient, and would lead to the same objectives being accomplished at the Case Management Conference as an appearance in person.

NOW, THEREFORE, subject to the Court's approval, the parties, by and through their counsel of record, stipulate and agree to the following:

1. Parties are allowed to appear telephonically at the Case Management Conference presently set for July 16, 2012 at 1:30 p.m.

Respectfully submitted,

**GREEN BRYANT & FRENCH, LLP**

Dated: June 1, 2012

/s/  *Joel R. Bryant*
Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiffs

**CROWELL & MORING, LLP**

Dated: June 1, 2012

/s/  *Wendy A. Sugg*
Wendy A. Sugg, Esq.
wsugg@crowell.com
Attorney for Defendant
AT&T Mobility Services, LLC

# ORDER

Having read and considered Parties Request to Appear Telephonically at the Case Management Conference on July 16, 2012, and good cause appearing therefore, IT IS HEREBY ORDERED AS FOLLOWS:

1. Parties are allowed to appear telephonically at the Case Management Conference presently set for July 16, 2012 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: 06/05/2012

_____
Honorable Thelton E. Henderson
District Judge