IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARMEN CRUZ,

           Plaintiff,

v.

AT&T MOBILITY SERVICES LLC, et al.,

           Defendants.

NO. C11-4508 TEH

ORDER CONSOLIDATING CASES

On June 6, 2012, the Court found *Ocampo v. AT&T Mobility Services LLC*, Case No. C12-2798 TEH, to be related to this case. With good cause appearing, the Court now consolidates these cases. Accordingly, the case management and other deadlines in this case shall apply to *Ocampo*, and future filings should be submitted only in this case, unless and until the Court orders these cases to be separated.

**IT IS SO ORDERED.**

Dated: 6/11/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT