1  S. Shane Sagheb (State Bar No. 109878)
   ssagheb@crowell.com
2  CROWELL & MORING LLP
   515 S. Flower Street, 40th Floor
3  Los Angeles, CA  90071-2258
   Telephone: (213) 622-4750
4  Facsimile: (213) 622-2690

5  Attorneys for Defendant AT&T Mobility Services, LLC

6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10             **SAN FRANCISCO DIVISION**

11

12  CARMEN CRUZ et al.,                    Case No. CV11-04508-TEH

13              Plaintiffs,               **STIPULATION AND [PROPOSED]
                                          ORDER TO CONTINUE DEADLINE
14       v.                               TO COMPLETE MEDIATION AND
                                          TO CONTINUE CASE
15  AT&T MOBILITY SERVICES                MANAGEMENT CONFERENCE**
    LLC, a Delaware Limited Liability     IT IS SO ORDERED AS MODIFIED
16  Company; and DOES 1-100, jointly
    and severally,                        Dept.:     Courtroom 12
17                                        Judge:     Hon. Thelton E. Henderson
                Defendants.
18

19

20       Pursuant to the parties' June 1, 2012 stipulation and the Court's June 4, 2012

21  Order thereon, a mediation deadline was set for July 6, 2012, applicable to the

22  above referenced case and all related/consolidated cases.  The Court also scheduled

23  a further Case Management Conference for July 16, 2012, at which the parties

24  would advise the Court of the mediation results.  The parties respectfully request

25  jointly that the Court continue this mediation completion deadline 60 days, to

26  September 4, 2012, and that the Case Management Conference be continued to

27  September 10, 2012.

28

Crowell
& Moring LLP
Attorneys At Law

-1-

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE MEDIATION DEADLINE;
CASE NO. CV11-04508-TEH

DCACTIVE-19154545.2

1      Good cause exists to continue the mediation deadline in that the parties
2  presently are engaged in discovery, the completion of which is necessary to allow
3  for a productive mediation. Plaintiffs have responded to Defendant's
4  interrogatories, document requests, and requests for admission. In addition,
5  Defendants have recently completed the depositions of eight of the twelve Plaintiffs
6  in these related/consolidated cases and are awaiting delivery of the deposition
7  transcripts, which deliveries are not all expected until July 6, 2012. The deposition
8  of one of the other Plaintiffs had been scheduled to commence on June 20, 2012,
9  but that Plaintiff, Natasha Piper, failed to appear. The parties also are in the process
10  of scheduling the depositions of two remaining Plaintiffs, Alesia Ibe and Joel
11  Ocampo. (The Complaint in the *Ocampo* action was filed recently, on May 31,
12  2012, and that action was ordered related and consolidated on June 12, 2012.)

13      In addition, Plaintiffs in these related and consolidated actions on June 7,
14  2012 propounded extensive written discovery upon Defendant (91 requests for
15  production of documents by each Plaintiff). Defendant has not yet objected and
16  responded to these discovery requests, as its time to respond has not yet expired,
17  and it will require time after the response deadline to complete its production of
18  responsive documents.

19      The parties agree that this discovery is essential to making the mediation
20  productive. But while the parties have been working diligently on these cases, they
21  will not be able to complete this discovery before the current July 6, 2012
22  mediation deadline.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE;
CASE NO. CV11-04508-TEH

1   NOW, THEREFORE, subject to the Court's approval, the parties, through

2   their counsel of record, stipulate and agree that the current July 6, 2012 mediation

3   deadline shall be continued to September 4, 2012, and that the Case Management

4   Conference currently scheduled for July 16, 2012, shall be continued to September

5   10, 2012.   The parties intend to appear for this Case Management Conference

6   telephonically, as previously indicated.

7

8   Dated:        June 22, 2012           CROWELL & MORING LLP

9

10                                        By:  /s/   S. Shane Sagheb_____
                                          S. Shane Sagheb
11                                        ssagheb@crowell.com
                                          Attorney for Defendant
12
    Dated:        June 22, 2012           GREEN BRYANT & FRENCH, LLP
13

14

15                                        By:  /s/    Joel R. Bryant_____
                                          Joel R. Bryant, Esq.
16                                        Jbryant@gbflawyers.com
                                          Attorney for Plaintiffs
17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE;
CASE NO. CV11-04508-TEH

1
2

# ORDER

3      PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING

4  THEREFOR, IT IS ORDERED THAT:

5      1.    The July 6, 2012 mediation completion deadline is continued to

6  _____September 4_____, 2012; and

7      2.    The July 16, 2012 Case Management Conference is continued to

8  _____September 17_____, 2012 at _1_ : _30_ P.m., and the parties may appear telephonically.

9  The parties shall file a joint case management conference statement on or before September 10, 2012.

10  Dated: _____06/25/2012_____

11
12      Hon.                          enderson

                    IT IS SO ORDERED
                    AS MODIFIED

13
14                    Judge Thelton E. Henderson

15
16
17
18
19
20
21
22
23
24
25
26
27
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE MEDIATION DEADLINE;
CASE NO. CV11-04508-TEH

DCACTIVE-19154545.2