1  S. Shane Sagheb (State Bar No. 109878)
   ssagheb@crowell.com
2  CROWELL & MORING LLP
   515 S. Flower Street, 40th Floor
3  Los Angeles, CA  90071-2258
   Telephone: (213) 622-4750
4  Facsimile: (213) 622-2690

5  Attorneys for Defendant AT&T Mobility Services, LLC

6
7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
11

| | |
|---|---|
| 12  CARMEN CRUZ et al., | Case No. CV11-04508-TEH |
| 13           Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEADLINE TO COMPLETE MEDIATION AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 14       v. | |
| 15  AT&T MOBILITY SERVICES LLC, a Delaware Limited Liability Company; and DOES 1-100, jointly and severally, | |
| 16 | |
| 17 | Dept.:  Courtroom 12 |
|    | Judge:  Hon. Thelton E. Henderson |
| 18           Defendants. | |

19

20       Pursuant to the parties' June 22, 2012 stipulation and the Court's June 25,
21  2012 Order thereon, a mediation deadline was set for September 4, 2012, applicable
22  to the above referenced case and all related/consolidated cases.  The Court also
23  scheduled a further Case Management Conference for September 17, 2012, at
24  which the parties would advise the Court of the mediation results.  The parties
25  respectfully request jointly that the Court continue this mediation completion
26  deadline 60 days, to November 5, 2012, and that the Case Management Conference
27  be continued to November 16, 2012.
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE MEDIATION DEADLINE;
CASE NO. CV11-04508-TEH

DCACTIVE-20547081.1

1  Good cause exists to continue the mediation deadline in that the parties have
2  engaged in extensive discovery, but further analysis of the parties' claims and
3  defenses is necessary to allow for a productive mediation.  Plaintiffs have
4  responded to Defendant's interrogatories, document requests, and requests for
5  admission.  Defendants have objected and responded to Plaintiffs' extensive written
6  discovery (91 requests for production of documents by each Plaintiff).  Defendants
7  have not yet produced documents responsive to these requests, as they await the
8  entry of a Protective Order filed by joint stipulation on August 2, 2012. (Additional
9  language to the Protective Order was requested by the Court, and the revised
10 Protective Order was submitted on August 29, 2012.)  In addition, Defendants have
11 completed the depositions of eight of the twelve Plaintiffs.

12  In addition to the remaining discovery, which will not be complete before the
13 September 4, 2012 deadline to complete mediation, the parties need additional time
14 to analyze the discovery responses and deposition testimony to develop settlement
15 positions in order for mediation to be successful.  The parties have tentatively
16 reserved October 3, 2012 for a mediation before Susan Haldeman, Esq. in San
17 Francisco, this date being subject to the parties' obtaining in advance the discovery
18 necessary to promote a fruitful mediation.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

CROWELL & MORING LLP
ATTORNEYS AT LAW

DCACTIVE-20547081.1

-2-

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE;
CASE NO. CV11-04508-TEH

1  NOW, THEREFORE, subject to the Court's approval, the parties, through
2  their counsel of record, stipulate and agree that the current September 4, 2012
3  mediation deadline shall be continued to November 5, 2012, and that the Case
4  Management Conference currently scheduled for September 17, 2012, shall be
5  continued to November 16, 2012.  The parties intend to appear for this Case
6  Management Conference telephonically, as previously indicated.

Dated:     August 30, 2012        CROWELL & MORING LLP

By:   /s/   S. Shane Sagheb_____
S. Shane Sagheb
ssagheb@crowell.com
Attorney for Defendant

Dated:     August 30, 2012        GREEN BRYANT & FRENCH, LLP

By:   /s/   Joel R. Bryant_____
Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiffs

CROWELL & MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE;
CASE NO. CV11-04508-TEH

DCACTIVE-20547081.1

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED THAT:

1. The September 4, 2012 mediation completion deadline is continued to November 5, 2012; and

2. The September 17, 2012 Case Management Conference is continued to November 19, 2012, at 1:30 PM. The parties may appear telephonically.

Dated:  08/30/2012



Honorable Thelton E. Henderson