S. Shane Sagheb (State Bar No. 109878)
ssagheb@crowell.com
CROWELL & MORING LLP
515 S. Flower Street, 40th Floor
Los Angeles, CA  90071-2258
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

Attorneys for Defendant AT&T Mobility Services, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CARMEN CRUZ et al., | Case No. CV11-04508-TEH |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO COMPLETE DISCOVERY** |
| v. | |
| AT&T MOBILITY SERVICES LLC, a Delaware Limited Liability Company; and DOES 1-100, jointly and severally, | Dept.:    Courtroom 12<br>Judge:    Hon. Thelton E. Henderson |
| Defendants. | |

Pursuant to the parties' Joint Case Management Statement filed on April 2, 2012, discovery is scheduled to be completed on October 12, 2012 in the above referenced case and all related/consolidated cases.  The parties respectfully request jointly that the Court continue this discovery completion deadline 60 days, to December 11, 2012.

Good cause exists to continue the discovery completion deadline in that the parties have already engaged in extensive discovery, but further discovery and analysis is ongoing.  Plaintiffs have responded to Defendant's interrogatories, document requests, and requests for admission.  Defendant has objected and

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DISCOVERY DEADLINE;
CASE NO. CV11-04508-TEH

DCACTIVE-21369700.1


responded to Plaintiffs' extensive written discovery (91 requests for production of documents by each Plaintiff). Defendant has produced some documents in response to these requests, and such productions are ongoing, but further time is necessary to collect certain categories of responsive documents. In addition, Defendant has taken the depositions of ten of the twelve Plaintiffs, one of which was left unfinished. Defendant intends to complete that unfinished deposition and take the depositions of the remaining two Plaintiffs.

The parties engaged in a mediation before Susan Haldeman, Esq. in San Francisco on October 3, 2012, which resulted in valuable discussions but did not settle any of the Plaintiffs' claims. Since the parties were engaged in preparation for this mediation, discovery slowed down in hopes of successful settlement. The parties now seek additional time to complete additional discovery.

NOW, THEREFORE, subject to the Court's approval, the parties, through their counsel of record, stipulate and agree that the current October 12, 2012 discovery completion deadline shall be continued to December 11, 2012. The parties still intend to appear for the November 19, 2012 Case Management Conference before the Court, as previously scheduled.

Dated: October 10, 2012   CROWELL & MORING LLP

By: /s/ S. Shane Sagheb_____
S. Shane Sagheb
ssagheb@crowell.com
Attorney for Defendant

Dated: October 10, 2012   GREEN BRYANT & FRENCH, LLP

By: /s/ Joel R. Bryant_____
Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED THAT:

1. The October 12, 2012 discovery completion deadline is continued to __December 11__, 2012.

Dated:   __10/11/2012__

_____
Honorable
Judge Thelton E. Henderson

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DISCOVERY DEADLINE;
CASE NO. CV11-04508-TEH

DCACTIVE-21369700.1