IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARMEN CRUZ,

                Plaintiff,

v.

AT&T MOBILITY SERVICES LLC, et al.,

                Defendants.

NO. C11-4508 TEH

ORDER DENYING MOTION TO FILE UNDER SEAL AND ORDER TO FILE STIPULATION TO CONSOLIDATE CASES

The Court has reviewed the declaration of Joel Bryant that the parties have agreed to file under seal. While the Court agreed at the June 10, 2013 case management conference to place the details of the settlement under seal, the declaration contains a lot of non-confidential information. Accordingly, the parties' motion to file under seal is DENIED, and the parties shall file a renewed motion under Civil Local Rule 79-5(c) that is "narrowly tailored to seal only the portion of the document which is claimed to be sealable." Civ. L.R. 79-5(c)(2). The renewed motion shall be filed on or before **June 24, 2013**.

In addition, all related cases that originated in this district have already been consolidated, and the Court finds good cause to consolidate all related cases that are being transferred in from other districts. The parties shall file a stipulation and proposed order to consolidate, which lists all related case numbers, on or before **June 24, 2013**.

**IT IS SO ORDERED.**

Dated: 06/19/13

                THELTON E. HENDERSON, JUDGE
                UNITED STATES DISTRICT COURT