IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN CRUZ, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>AT&T MOBILITY SERVICES LLC, a Delaware Limited Liability Company; and DOES 1-100, jointly and severally,<br><br>        Defendants. | Case No. 3:11:CV-04508-TEH<br><br>**ORDER OF DISMISSAL** |

This matter came before the Court on July 1, 2013, on the parties' amended joint notice of settlement and motion for an order approving the Settlement Agreements and dismissing all cases with prejudice. The Court has carefully reviewed the joint motion; the Declaration of Joel R. Bryant, which includes a template of the parties' Settlement Agreements and the terms and conditions for each of the 135 Settlement Agreements; and the entire record, and finds that the Settlement Agreements were negotiated at arm's length and represent a reasonable resolution of the parties' disputes. Agreements have been executed by all Plaintiffs, and no one appeared at the hearing to object to the settlement of these cases.

Accordingly, with good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' joint motion for an order approving the Settlement Agreements and dismissing all cases with prejudice is GRANTED.

2. The Court APPROVES the parties' settlement terms and conditions as reflected in Exhibit A to the Bryant Declaration.

3. The Clerk shall close the file in this case and all consolidated cases.

4. The Court will retain jurisdiction over these cases for sixty (60) days solely for the purpose of enforcing the parties' Settlement Agreements.

**IT IS SO ORDERED.**

Dated: 07/01/13



_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT